## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN TORRES, | |
| Plaintiff, | Case No. 1:16-cv-08407-JHR-KMW |
| v. | |
| FAMILY DOLLAR STORES OF NEW JERSEY, LLC, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

It is hereby stipulated and agreed between the parties that all claims and charges asserted or alleged by Plaintiff, Christian Torres, in this litigation are hereby dismissed with prejudice and without assessment of costs or attorneys' fees against any party.

*/s/ Samuel A. Dion*
Samuel A. Dion, Esq.
DION & GOLDBERGER
1845 Walnut Street, Suite 1199
Philadelphia, PA 19103
215-546-6033

*Attorneys for Plaintiff*

Dated: July 27, 2017

*/s/ Marc D. Esterow*
William J. Simmons, Esq.
Marc D. Esterow, Esq.
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3000

*Attorneys for Defendant*

Dated: July 27, 2017

APPROVED BY THE COURT:
This 31st day of July, 2017.

_____
JOSEPH H. RODRIGUEZ
United States District Judge